**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Martin Kelly MILLER, Defendant–Appellee.**

No. 93–2059.

United States Court of Appeals, Tenth Circuit.

April 13, 1994.

Larry Gomez, U.S. Atty., and Thomas L. English, Asst. U.S. Atty., Albuquerque, NM, on the brief for plaintiff-appellant.

Stephen P. McCue, Supervisory Asst., Federal Public Defender, Albuquerque, NM, on the brief for defendant-appellee.

Before MOORE, Circuit Judge, McWILLIAMS, Senior Circuit Judge, and KELLY, Circuit Judge.

JOHN P. MOORE, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. *See* Fed.R.App.P. 34(a); 10th Cir.R. 34.1.9. The cause is therefore ordered submitted without oral argument.

We have concluded this appeal is governed by *United States v. Little,* 18 F.3d 1499, 1504–05 (10th Cir.1994) (en banc). The judgment of the district court[1] is **REVERSED**, and the matter is **REMANDED** for further proceedings.

---

**1.** *See United States v. Miller,* 811 F.Supp. 1485    (D.N.M.1993).